IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

William John Grendell
3 Marsh Lane Apt 1
Orono, ME 04473

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Northern Lights Eastern Maine Medical
489 State St
Bangor, ME 04401

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
             *(check one)*

2024 DEC -5 P 2: 16

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William John Crandall |
| Street Address | 3 Marsh Lane Apt 1 |
| City and County | Orono – Penobscot |
| State and Zip Code | Maine – 04473 |
| Telephone Number | 207-694-9235 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Northern Lights Eastern Maine Medical Center |
| Job or Title (if known) | |
| Street Address | 489 State Street |
| City and County | Bangor – Penobscot |
| State and Zip Code | Maine – 04401 |
| Telephone Number | 207-973-7000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

34 B § 3803    42 CAR 482.13    Title 22 § 1832
Title 34 B § 3863    Title 22 § 1717
HIPAA Privacy Law Violations

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I was wrongfully psychiatrically admitted, subject to an illegal strip search, confined 10 hours without any food or water and I am a diabetic, neglected, health and safety compromised, personal information compromised to the dark web and dehumanized of my civil rights see enclosed attachment for full details. My life was also put in jeopardy by the Orono Police department when they sent me to Northern Lights Eastern Maine medical by leaving a diabetic in crisis all alone all day with no food or water see attached document

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I feel that the dehumanizing experience and damage due to compromising me to the dark web on equitable compensation of $160 million dollars.

V. **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/2, 2024.

Signature of Plaintiff _William John Crandall_

Printed Name of Plaintiff _William John Crandall_